# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

COX PARADISE LLC and
P&G CONSTRUCTION CONSULTANTS
LLC, as Assignee,

Plaintiffs,  CASE NUMBER: 1:20-cv-1068-JDB/jay

v.

ERIE INSURANCE EXCHANGE,

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on March 27, 2024, this matter is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(b).

**APPROVED:**

**s/J. Daniel Breen**
**United States District Judge**

**WENDY R. OLIVER**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**